# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0476. LONG v. PARTAIN et al.

Buffy Long filed this appeal from the trial court's order requiring specific performance of a lease/purchase agreement for real property. The appeal was docketed on October 19, 2023. On November 9, 2023, appellees Danielle and Perry Partain moved to dismiss the appeal based on Long's failure to file a brief. See Court of Appeals Rule 23 (a) (appellant's brief is due within 20 days of appeal being docketed). On November 13, 2023, this Court denied the motion and gave Long an additional ten days in which to file a brief. On November 28, 2023, the Partains filed a second motion to dismiss. Because Long has neither filed a brief nor sought an extension of time in which to file, the Partains' second motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/30/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*